**DISMISS and Opinion Filed February 3, 2014.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00074-CV

**WINDHAVEN MEDICAL IMAGING, LLC, Appellant**
**V.**
**EBENEZER COVENANT PARTNERS, LLC D/B/A**
**CROWN IMAGING SERVICES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05467-D**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Evans

Before the Court is appellant's January 29, 2014 motion to withdraw its restricted appeal without prejudice. Appellant has informed the Court that it no longer wishes to pursue its appeal at this time. Accordingly, we grant appellant's motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

140074F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WINDHAVEN MEDICAL
IMAGING, LLC, Appellant

No. 05-14-00074-CV     V.

EBENEZER COVENANT
PARTNERS, LLC D/B/A
CROWN IMAGING SERVICES, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-13-05467-D.
Opinion delivered by Justice Evans.
Justices Moseley and Bridges, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** without prejudice.

It is **ORDERED** that appellee, EBENEZER COVENANT PARTNERS, LLC D/B/A CROWN IMAGING SERVICES, recover its costs of this appeal from appellant, WINDHAVEN MEDICAL IMAGING, LLC.

Judgment entered this 3rd day of February, 2014.

/David Evans/
DAVID EVANS
JUSTICE